LOCAL BANKRUPTCY FORM 2016-4

STATEMENT OF PRO SE DEBTOR(S)

Debtor's Name: Nafeesah Timmons           Case No. 17 17467 MDC
Address: 4940 Knyser St Phila. PA 19144   Chapter of Case: _____
Telephone Number (home): 215-305-2463      Date Case Filed: _____
Telephone Number (work): _____            Date this Form Submitted: 11/3/17

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   N/A

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

   N/A

3. a. Total fee charged by person or business named above $ _____
   b. Amount of fee paid as of the date you filed bankruptcy $ _____
   c. Did the preparer tell you the amount of court costs that must be paid to file your case?
      YES    NO    (circle one)

4. Were various chapters or types of bankruptcy explained to you?
      YES    NO    (circle one)
   Other Comments: N/A

5. Did the preparer explain to you that you have the right to claim certain property as exempt?
      YES    NO    (circle one)

6. Did the preparer give you a copy of the papers he prepared for you?
      YES    NO    (circle one)

_____
Signature of Debtor(s)

FILED 2017 NOV -3 AM 10:22 U.S. BANKRUPTCY COURT