VERIZON WIRELESS/SOU

P.O. BOX 26055

MINNEAPOLIS, MN 55426


VERIZON

500 TECHNOLOGY DR

WELDON SPRING, MO 63304


SOUTHEAST FINANCIAL

5110 MARYLAND WAY, STE 100

BRENTWOOD, TN 37024


AFNI

404 BROCK DR

P.O. BOX 3097

BLOOMINGTON, IL 61701


ENHANCED RECOVERY CORP

8014 BAYBERRY RD

JACKSONVILLE, FL 32256


SOUTHWEST CREDIT SYS

4210 INTERNATIONAL PKWY

CARROLTON, TX 75007


JOSEPH VASSALLO

278 LINDEN RD

CHURCHVILLE, PA 18966

CAPITOL ONE BANK USA

P.O. BOX 85015

RICHMOND, VA 23285-5075


FIRST PREMIER

3820 LOUISE AVE

SIOUX FALLS, SD 57107


CAPITOL BANK

ONE CHURCH ST

ROCKVILLE, MD 20850


AMERICAN HERITAGE FE

2060 RED LION RD

PHILADELPHIA, PA 19115


CREDIT ACCEPTANCE CO

25505 W 12 MILE

SOUTHFIELD, MI 48034


NAVIENT

P.O. BOX 9655

WILKES-BARRE, PA 18773-9655


DEPT OF ED/NAVIENT

P.O. BOX 9655

WILKES-BARRE, PA 18733-9655