I have documents that are required due 11/17/17.
I am having a surgical procedure due on
11/15/17. I am requesting an extension. I have
no attorney so I have to file by myself

Nafeesah Simmons

NOV 13 2017